# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2076
Lower Tribunal No. F05-9849
_____

**Michael Merchison,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Michael Merchison, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Smith v. State, 753 So. 2d 703 (Fla. 5th DCA 2000); Bynes v. State, 267 So. 3d 1043 (Fla. 4th DCA 2019); Tolliver v. State, 309 So. 3d 718 (Fla. 3d DCA 2021); McCalister v. State, 664 So. 2d 1149 (Fla. 3d DCA 1995).